Greater Delaware Valley Savings and Loan Association *v.* Velimesis et ux., Appellants.

Argued December 5, 1973. *George S. Velimesis,* for appellants; *Richard L. Cantor,* with him *Melva L. Mueller,* and *Lentz, Riley, Cantor, Kilgore and Massey,* for appellee.

Order affirmed; petition for reargument refused March 12, 1974.

SPAULDING and SPAETH, JJ., absent.

Griguts *v.* Marinucci, Appellant.

Argued December 4, 1973. *Henry M. Biglan,* for appellant; *Robert W. Munley,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Johnson, Appellant, *v.* Wilson.

Argued December 4, 1973. *George P. Long,* with him *Fine, Staud, Grossman and Garfinkle,* for appellant; *Edward R. Paul,* with him *James M. Marsh,* and *LaBrum and Doak,* for appellee.

Order affirmed.

SPAULDING, J., absent.